JOHN WHITMORE et al., Appellants, *v.* THOMAS E. PATTERSON et al., Executors, etc., Respondents.

(Argued March 14, 1883; decided March 27, 1883.)

PLAINTIFFS' complaint was dismissed on trial and the prominent question here was as to whether, under the evidence, the order was justified.

*William W. Niles* for appellants.

*John L. Logan* for respondents.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.

---

BRIDGET JONES, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued March 15, 1883; decided March 30, 1883.)

REPORTED below (28 Hun, 364).

*Samuel Hand* for appellant.

*E. Countryman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.